Clayton L. Everett, Texas State Bar No. 24065212
NORRED LAW PLLC **|** 515 E. Border St. | Arlington, TX 76010
Email: clayton@norredlaw.com | Telephone: (817) 704-3984
Proposed Special Counsel for Debtors

# United States Bankruptcy Court
## Northern District of Texas
### Fort Worth Division

| | |
|---|---|
| **In re:**<br>**Christopher Martin Christian and**<br>**Kay Forrestine Christian,**<br><br>　　　　　　**Debtor(s)** | **Case No. 25-40780-mxm**<br><br>**Chapter 13** |

## MOTION TO EMPLOY SPECIAL COUNSEL PURSUANT TO 11 U.S.C. § 327(e)

**NO HEARING WILL BE CONDUCTED HEREON UNLESS A WRITTEN RESPONSE IS FILED WITH THE CLERK OF THE UNITED STATES BANKRUPTCY COURT AT ROOM 204, U.S. COURTHOUSE, 501 W. TENTH STREET, FORT WORTH, TEXAS 76102. BEFORE CLOSE OF BUSINESS ON APRIL 24, 2025, WHICH IS AT LEAST 21 DAYS FROM THE DATE OF SERVICE HEREOF.**

**ANY RESPONSE SHALL BE IN WRITING AND FILED WITH THE CLERK, AND A COPY SHALL BE SERVED UPON COUNSEL FOR THE MOVING PARTY BEFORE THE DATE AND TIME SET FORTH HEREIN. IF A RESPONSE IS FILED A HEARING MAY BE HELD WITH NOTICE ONLY TO THE OBJECTING PARTY.**

**IF NO HEARING ON SUCH NOTICE OR MOTION IS TIMELY REQUESTED, THE RELIEF REQUESTED SHALL BE DEEMED TO BE UNOPPOSED, AND THE COURT MAY ENTER AN ORDER GRANTING THE RELIEF SOUGHT OR THE NOTICED ACTION MAY BE TAKEN.**

TO THE HONORABLE UNITED STATES BANKRUPTCY JUDGE:

NOW COME the Debtors, Christopher Martin Christian and Kay Forrestine Christian, by and through their undersigned counsel, and respectfully file this Motion to Employ Special Counsel pursuant to 11 U.S.C. § 327(e), and in support thereof, would show as follows:

1.　　Background. The Debtors filed their voluntary Chapter 13 petition on March 3, 2025. On March 4, 2025, a sheriff's sale was conducted on behalf of S31 Tax Funding, LLC, against the

Debtors' homestead located in Tarrant County, Texas, in violation of the automatic stay under 11 U.S.C. § 362(a).

2.      Need for Special Counsel. The Debtors require the assistance of special counsel to pursue appropriate remedies under 11 U.S.C. § 362(k) to address the post-petition sheriff's sale, including potential rescission demands and, if necessary, adversary litigation to void the sale and seek damages.

3.      Proposed Special Counsel. Debtors seek to employ Clayton L. Everett of Norred Law, PLLC, 515 E. Border Street, Arlington, Texas 76010, as special counsel for the limited purpose of representing the debtors/estate in matters related to the sheriff's sale.

4.      Qualifications. Mr. Everett is qualified to represent the Debtors in this matter, is duly licensed to practice law in the State of Texas and has no interest adverse to the bankruptcy estate with respect to the matter on which he is to be employed.

5.      Compensation. As disclosed in Form B2030 filed with this Court, Mr. Everett has agreed to render services related to this matter for a fee of $750.00. Any further services, including adversary proceedings, will be billed at his hourly rate and subject to Court approval.

5A.     Nunc Pro Tunc Relief Requested. Debtors further request that the employment of Special Counsel be approved effective nunc pro tunc to March 21, 2025, the date counsel was retained. Special Counsel has already begun work in connection with the sheriff's sale, including preliminary legal research, client communications, evaluation of potential claims, and demand letters sent. Approval effective as of March 21, 2025, is necessary and appropriate to avoid prejudice and to fairly compensate Special Counsel for services performed prior to the filing of this motion.

6.      Legal Authority. Pursuant to 11 U.S.C. § 327(e), the Debtors may employ, with Court

approval, an attorney who has represented the debtor, for a specified special purpose, provided

such attorney does not hold or represent an interest adverse to the estate.

WHEREFORE, PREMISES CONSIDERED, the Debtors respectfully request that the

Court enter an order authorizing the employment of Clayton L. Everett of Norred Law, PLLC, as

special counsel for the limited purpose described herein, and grant such other and further relief

as may be just and proper.

DATED: April 3, 2025.

Respectfully submitted,                           */s/ Clayton L. Everett*
                                                  Clayton L. Everett
 */s/ Christopher Martin Christian*               Norred Law, PLLC
Christopher Martin Christian, Debtor              515 E. Border Street
                                                  Arlington, TX 76010
 */s/ Kay Forrestine Christian*                   (817) 704-3984
Kay Forrestine Christian, Joint Debtor            Proposed Special Counsel for Debtors


## CERTIFICATE OF SERVICE

I certify that a true and correct copy of the foregoing motion was served on the parties
receiving notice via the Court's CM/ECF system, including the parties listed below:

*Debtors' Counsel:*                               *Chapter 13 Trustee:*

Eric Maskell                                      Pam Bassel
Allmand Law Firm, PLLC                            Office of the Standing Ch.13 Trustee
860 Airport Fwy, Suite 401                        260 Airport Fwy. Suite 150
Hurst, TX 76054                                   Hurst, TX 76054

*U.S. Trustee:*

United States Trustee
1100 Commerce Street, Room 976
Dallas, TX 75202

                                        By: __/s/ Clayton L. Everett____