United States Bankruptcy Court
Northern District of Texas
Fort Worth Division

| | |
|---|---|
| In re:<br><br>**Christopher Martin Christian and**<br>**Kay Forrestine Christian,**<br><br>Debtors | Case No. 25-40780-mxm<br><br>Chapter 13 |

## ORDER AUTHORIZING EMPLOYMENT OF
## NORRED LAW PLLC AS SPECIAL COUNSEL TO THE DEBTORS

This matter having come before this Court upon the Motion to Employ Norred Law PLLC as Special Counsel to the Debtor [Dkt. No. , "Motion"] pursuant to 11 U.S.C. §§ 105(a) and 327 and Bankruptcy Rules 2014 and 2016 filed by Christopher Martin Christian and Kay Forrestine Christian ("Debtors"); the Court finds that it has jurisdiction over these matters pursuant to 28 U.S.C. §§ 157 and 1334; the Court finds that these are core proceedings pursuant to 28 U.S.C. § 157(b)(2); the Court finds that Norred Law PLLC ("Norred Law") represents no other interest or

entity having an adverse interest in connection with this chapter 13 case and is a disinterested person pursuant to 11 U.S.C. § 101(14); the Court finds that the Debtor has shown good, sufficient, and sound business purpose and justification for the relief requested in the Motion; the Court finds that the relief requested in the Motion is in the best interest of the Debtors, its estate, and the creditors; the Court finds that proper and adequate notice of the Motion and the hearing thereon has been given and that no other or further notice is necessary; and the Court finds that upon the record due deliberation good and sufficient cause exists for granting the relief requested therein; accordingly

**IT IS HEREBY ORDERED** that the Debtors' Motion to employ Norred Law PLLC and Clayton L. Everett as special counsel to address the post-petition sheriff's sale, including demand for rescission demands and, if necessary, adversary litigation to void the sale and seek damages.

**IT IS FURTHER ORDERED** that, upon further application and approval by the Court, Norred Law PLLC and Clayton L. Everett shall be compensated pursuant to the Legal Services Agreement attached as Exhibit A to the Debtor's Motion in accordance with 11 U.S.C. §§ 327 and 328.

**# # # End Of Order # # #**

**Prepared as to form by**:

  /s/ Clayton L. Everett_____
Clayton Everett, State Bar No. 24065212
clayton@norredlaw.com
Norred Law, PLLC
515 E. Border St.
Arlington, Texas 76010
O: (817) 704-3984; F: (817) 524-6686
Proposed Special Counsel for Debtors